**2009–1664. Holloway v. McDaniel.**
Cuyahoga App. No. 91599, 2009-Ohio-3733. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion to strike the notice of appeal and memorandum in support of jurisdiction,

It is ordered by the court that the motion is denied. Appellee shall file a memorandum in response within 30 days of the date of this entry.